IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Annuity, Health & Welfare, Vacation & Holiday, Training and Industry Improvement Funds, by their Trustees, Elbert T. Saito, Earle S. Matsuda, Garner Shimizu, Yoshiko Kawakami, Arthur Tolentino, Michael Afuso and Paul Fujinaga); NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY TRUST FUND<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>3-D SHEETMETAL, LLC ,<br><br>　　　　　Defendant(s).<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 08-00343 DAE-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on October 29, 2008, and no objections having been filed by any party,

+

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 17, 2008.



_____
David Alan Ezra
United States District Judge

<u>United States of America for the use of Hawaii Sheet Metal Workers' Trust Funds, et al. vs. 3-D Sheetmetal, LLC</u>; Civil No. 08-00343 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

+